# SUPREME COURT OF HAWAI'I

State v. Hirano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19899    3/12/98    Affirmed in part, Reversed in part, Vacated in part and Remanded

Trustees of Office of Hawaiian Affairs v. Board of Land & Natural Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19774    3/12/98    Vacated and Remanded

State v. Foster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20617    3/20/98    Vacated and Remanded

State v. Hosino . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20831    3/24/98    Reversed

GTE Hawaiian Telephone Co. Inc., In re . . . . . . . . . . . . . . 20075    3/25/98    Dismissed

State v. Gann . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20554    4/20/98    Affirmed in part, Vacated in part and Remanded for new trial

Gray Line Hawai'i, Ltd., In re Application of . . . . . . . . . . 20299 & 20300    4/28/98    Dismissed